UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UDIS SANCHEZ MANALANSAN-LORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CV1694 HEA |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants, ) | |

## **OPNION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's "Motion to Deny Defendants' Request for Removal and Request for Speedy Judgment based on Evidence to Stop Plaintiff's House Foreclosure," [Doc. No. 7], which the Court construes as a Motion to Remand. Former Defendants[1] Experian Information Solutions, Inc., and Equifax Information Services LLC's previously filed an opposition to the motion. Plaintiff states that moving this case to this Court will take longer to resolve. This is not a sufficient basis for remand; Plaintiff does not challenge the basis for the removal, *i.e.*, diversity of citizenship, and accordingly, the motion is denied.

Furthermore, in the event that Plaintiff is seeking a preliminary injunction, the

---

[1] On December 12, 2008, the Court granted the parties' Joint Stipulation of Dismissal of this action against Defendants Experian Information Solutions, Inc., and Equifax Information Services LLC's.

motion is without merit. The basis of Plaintiff's claims is that certain student loans were discharged in a previous bankruptcy proceeding in 1992. She now asks for a "speedy judgment."

When considering a motion for a preliminary injunction, a district court weighs the movant's probability of success on the merits, the threat of irreparable harm to the movant absent the injunction, the balance between this harm and the injury that the injunction's issuance would inflict on other interested parties, and the public interest. *Pottgen v. Missouri State High Sch. Activities Assoc.*, 40 F.3d 926, 928 (8th Cir. 1994), citing *Dataphase Systems, Inc. v. C L Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc); *Straights v. Osso*, 471 F.3d 908, 911 (8th Cir. 2006). Plaintiff has not alleged *any* of the requisite factors to be analyzed in determining whether injunctive relief is mandated.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Deny Defendants' Request for Removal and Request for Speedy Judgment based on Evidence to Stop Plaintiff's House Foreclosure," [Doc. No. 7], is **DENIED**.

Dated this 5th day of January, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE